United States District Court
Eastern Division of Lexington
Central Division

Eastern District of Kentucky
FILED
SEP 30 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

James B. Murphy
Plaintiff

VS:

Case No: 5:25-cv-242-KKC

Derran C. Broyles, Jailer Scott County
Captain Carnson, Senior Captain
Sgt. Barnett, Accounting, Commissary
Lt. Umar, 7:10 AM to 7:00 PM Shift LT.
Sgt. Jolly, 7:00 AM to 7:00 PM Floor Sgt.
Officer Kenston, Floor Officer 7:00 PM to 7:00 AM
Officer Lafever, Floor Officer 7:00 AM to 7:00 PM.
Defendants

Civil Rights Complaint
Pursuant to 42. U.S.C. 1983.

1. This Court has Jurisdiction over this Action Pursuant to 28. U.S.C. § 1343(a)(3); 42. U.S.C. 1983.

2. Plaintiff in this matter is James Barry Murphy # 23625 300 Hail Knob Road, Somerset, Kentucky 42503

Defendants
1. Derran C. Broyles, elected as Scott County's Jailer located at 130 W. Court Street, Georgetown, KY 40324, being sued by [Individual] and [Official Capacity]

1. of 12.

2. Southern Health Partners, and Assigned Nursing Staff located at Scott County Detention Center 130 N. Court St. Georgetown, Kentucky 40324 being Sued as Individuals in this Matter.

3. Captain Cannon, Shift Supervisor and 3rd in Charge her Shift is 7:00 AM to 4:30 P.M Mon-Fri She is employed by the Scott Co. Jail; Deeann C. Bodyles and She will be Sued in her Official & Individual Capacity in in this Matter.

4. C.O. LaFeiver employed as Floor Officer on the 7:00AM to 7:00 P.M Shift for the Scott Co. Detention Center 130 N. Court Street, Georgetown, Kentucky. 40324 He is being Sued in His Individual Capacity in this Matter.

5. C.O. Venton is employed at the Scott Co. Detention Center and works as a Floor Officer on the 7:00PM to 7:00 AM under the Direction of Sgt. Davis located at 130 N. Court Street, Georgetown, Kentucky 40324.

6. LT. Limar is employed as a Shift Supervisor for the 7:00 A.M. To 7:00 P.M Shift for the Scott Co. Detention Center 130 N. Court Street, Georgetown, Kentucky 40324 and Is Being Sued in the "Individual Capacity"

7. Sgt. Jolly is employed by the Scott Co. Detention as a Shift Supervisor for the 7:00 Am To 7:00 P.M Shift Which is located at 130 N. Court Street, Georgetown, Kentucky 40324

2. of 12.

8. SGT. GARNETT who is employed by the Scott Co. Detention Center as Book Keeper and Commissary Dept. She works 4:00 AM to 4:00 P.M 5 days a week. 130 W. Court Street, Georgetown Kentucky 40324. She is being sued in her Individual Capacity.

## Statement of Claim

Scott County Detention Center is a small facility that was not built for a growing city as Georgetown, Kentucky. It's over crowded and miss ran by Jailer Derrans L. Broyles. He may have known what to do as a former State Trooper but he has no clue as the Scott County Jailer.

Upon me arriving to Scott Co. Had either needed class-D inmates or either Laurel Co. wished to get rid of me. Either way they knew that I had mobility issues and balance issues. So in all that they knew I had detainers which I would not be permitted to work outside or inside so I would just be another body in the way and he and his staff treated me like that. When they booked me in at 2:30 AM they placed me in cell # 219 at that point I remained there for a week to ten days and the

3. of 12.

Morgan C. Brooks Sgt. Umar the Lt. and C/o Lafever came to move me to General Population. In the discussing of the correct placement, I tried to explain with some of my medical issues of bladder control and bowel control that sometimes I wear depends when I have a issue that is very random. When they would not listen I refused to move so they used excessive force to move me to 235. At the point we arrived at 235 they were putting me in cell 236 and when I would not go the other inmate that was in there was ask to move out. At that point on camera they stood me up. Lt. Umar and C/o Lafever and during me cussing C/o Lafever grabed my hair and slammed my face into the mirror and busted my glasses and hurt my neck for weeks cause of the way Lafever did that and bruised my forehead where I hit the rim of the mirror.

I filed a grievance but nothing was ever said about it either way.

4. of 12.

I, HAVE NO IDEA HOW MANY PEOPLE that SCOTT COUNTY DETENTION CENTER HOLDS, but the (2) PODS that I HAVE BEEN HOUSED IN AL L MAN CELLS & TWO MAN CELLS WITH 6to 8 OTHERS IN the FLOORS IN the CELLS or OUT IN the DAY ROOMS WHEN WE WOULD SAY SOMETHING ABOUT OVER CROWDING they WOULD SIMPLY REPLY, SGT. JOLLY WOULD COME IN AND TELL US EVERY WHERE IS OVER CROWDED. But WHILE I WAS ON LOCK DOWN AFTER the ALTER- CATION WITH STAFF, I WAS NOT ALLOWED TO HAVE SOAP, TOOTHBRUSH AND TOOTHPASTE. They KEPT ME CLOSED UP ENOUGH for those BRUISES WERE Held 35 DAYS before they MOVED ME AND J.T. OVER TO 231 IN WHAT they CALLED MEDICAL AND P.C. POD. I WAS OVER there ANOTHER (10) DAYS before they MOVED JT OUT AND LET ME REMAIN IN the CELL ON the BOTTOM BUNK. They HAD TAKEN MY PERSONEL WHEEL CHAIR AND NOTICED I TRULY HAD BALANCE ISSUES AND SHP STAFF ISSUED A WALKER for ME.

## ADA Issues throughout

Now the issues of Title II and Title 504 of the Americians with Disabilites Act and the Rehabiltion Act are Both present and valid at Scott Co. Detention Center for Both entites Title II and Title 504. Starting with Sgt. Garrett she was mostly the one that would respond to all greivances regarding issues such as going to Circuit Court Rooms and myself and Mr. Smith, Sgt. Lilly, C/o Lafferer and C/o Wright would require us to use our walkers going up and down the stairs even though there is an elevator that could be used. But they just like to make sure you know being handicap does not get you your basic rights as far as these officers are concerned cause it's on video on the dates I had court.

Also the medical dept ran by SHP has

Alot of Issues with me in the first place and the Head Dept Staff in TN has had legal issues with me before, and Scott Co. Medical Staff the Medical Director And RN And Her Staff And LPN Made it known to me I was not Going to Get Any Justified Medical Treatment,

The fact that they Took me off of Blood Sugar Checks, Insulins 70/30 12 units in Morning And 18 units in the Evening And the Ohio State Univ Dr. Name Unknown they would never Provide that on Any Requests.

Further After Several xRays they were Aware that I was Being Strangled with my Hernia And they would have to Provide A fed Laxitives To Correct the Problem. Medical Staff knew Surgery was Needed but Denied Stated it was Elective Surgery. Under the Americans with Disabilities Being A Diabetic is a Qualified Handicap, As well as Being Blind

in my left eye and having degertive arthrits and high blood pressure all are excepted as ailments under the ADA.

Further the issues that all defendants reliegne for Deorah C. Broyles knows that Scott County is non-compliant with Title 504 and Title II of the ADA and the Rehab Act for not having handicap showers. Handicap cells shower rails, toliet rails, and handicap accessable tables for wheel chair persons to eat at and play games as other inmates get to.

## Failure To Protect

The issue of failure to protect falls to Captain Langton, Lt. Lamar, Sgt. Simpson, Sgt. Jolly, C/o Venston, C/o Lafeever, C/o Roe, Sgt. Davis and Sgt. Garnett, all are parties to this issue which starts mainly in C 231 which is a lowman cell staff call the cell medical/protective custody, and where they are guilty is that they well place protective custody in there for there safety mostly are sex

offenders, but like James Hughes he was assulted by an inmate that was doing hole time cause Scott County does not have a Special Housing unit so they use 231 and 235, but what takes place is officers Littlet Bear comes to do med pass or feed chow and he just ask control to open the doors not thinking that people are on lock down in those cells for a reason. That is failure to protect and cruel and unusual punishment.

The worst treatment that Sgt. Barrett and Lt. Limar gave me was the denial of the Request and the Greivance Procedure. They stated that I was abusing the system and that I was causing them to work at something that they don't beleive in. They allowed me one per week but then would not provide me with an answer or a copy of the form when it was turned in.

Due Process Access
To Courts.
9. of 12.

Courts upheld that Prisons, Jails are to provide indigent postage, copys, paper & pens. And in some instances typewriters and some places computers & printers. But Scott County, Deplan Broyles and Sgt. Garrett refused to acknowledge that it's the basic right of pre-detainees and prison inmates. They would provide copys but then you would not get the copys back you requested. You would get the copy back just one you would not get the original that you sent. They would need it cause they knew a copy you could not file with the clerks office. This was standard practice with the jail staff.

PREVIOUS LAW SUITS

2014 Filed 42. U.S.C. 1983 Also for the ADA
   Inc Murphy V. Kaeminsk 14-LIV 4134
Which was a mutual settlement in plaintiff's favor.

10. of 12.

The Other was Filed Against Aiken County Jail In Aiken Co. SC And was Filed In Charleston, SC. It was Dismissed For Failure to Prosecute Because Plaintiff was Shuffled Around and by the Time I was Settled the Courts Had Already Dismissed It.

I Also Filed one on Scott County there In front of Judge Mattox Which He Refused To Acknowledge the Motion To Proceed In Forma Pauperis, He Is Well Aware of His Duty But Fails To Do It. So Now It's Full Disclose To Said Courts.

## Relief Sought

I, Believe that All Defendant's Should be Assessed Punitive, Declartory Damages In the Amount of 5,000 Five Thousand Dollars A Day For Each Defendant, For My Complete Stay For All the Civil Rights Violations. Further To Reimburse For the Glasses Smashed 272.00 Also the 50.00 Dollars Booking Fee they were to Re

11. of 12.

FUND TO MY ACCOUNT.

Further to be made to become compleant with all ADA standards and guidelines and to only have (1 one) year to complete this process. Further to fix video visits, law books or to provide Lexis Nexis that is easily provided on contract us.

Further said court issue an order for Scott Co. Detention Center have a full ADA inspection throughout the facility.

Dated this 21st day of Sept 2025

James B. Murphy #23625
JAMES BARRY MURPHY #23625
P.C.D.C. A#172
300 Hail Knob Road
Somerset, Kentucky 42503

12. of 12.